UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :

AMELIA PARDIEU,                        :

                       Plaintiff,       :

                               :            20-cv-7583 (LJL)

      -v-                     :

                               :            ORDER

RUBENSTEIN TECHNOLOGY GROUP, INC. d/b/a/  :
RUBENSTEINTECH, JARON RUBENSTEIN and  :
SCOTT RUBENSTEIN, in their individual and  :
professional capacities,               :

                               :

                     Defendants.    :

                               :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: March 4, 2021
      New York, New York         _____
                                      LEWIS J. LIMAN
                              United States District Judge